STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 29, 2024

*As the settlement obligations in this matter have been completed, the Clerk of Court is respectfully directed to close the case.*

SO ORDERED.

*Cathy Seibel* 3/1/24
CATHY SEIBEL, U.S.D.J.

**BY ECF**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10924

Re: *Westchester Independent Living Center, Inc., et al. v. State University of New York, et al.*, No. 16-cv-5949 (CS) (PD)

Dear Judge Seibel:

This Office represents Defendants in the above-referenced action. We write to inform the Court that the Settlement Term has concluded, and respectfully request that this case be closed.

The Stipulation and Settlement Agreement (ECF No. 290-1), which was approved by the Court on January 11, 2022 (ECF No. 306), provided as follows:

> The Settlement Term will extend from the Effective Date through September 1, 2022 (the "Termination Date"). In the event that the completion of any work described in the Remediation Chart annexed hereto as Exhibit A is delayed in accordance with Section VIII of this Agreement, such that any work will be completed after March 1, 2022, the Termination Date will be extended so that it concludes six months from completion of the work described in the Remediation Chart.

ECF No. 290-1, p. 2. As we previously informed Plaintiffs' counsel, the last item on the Remediation Chart was completed on August 28, 2023.[1] Thus, the settlement, and all related obligations, terminated on February 28, 2024, and this matter can now be closed.

---

[1] There were certain "punch list" tasks after the renovations were finished, all of which have been completed.

Hon. Cathy Seibel
February 29, 2024
Page 2

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Alissa Wright*

Alissa Wright
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6035
Alissa.Wright@ag.ny.gov

cc: Plaintiffs' counsel (by ECF)